**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO GARCIA SALINAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN RICOLCOL,<br><br>Respondent. | Case No. 2:25-cv-11249-AB-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

Accordingly, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation (Dkt. 16) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for a Writ of Habeas Corpus is DENIED and this action is DISMISSED with prejudice.

Date: October 21, 2026

ANDRÉ BIROTTE JR.
United States District Judge