JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO GARCIA SALINAS,<br>Petitioner,<br>v.<br>WARDEN RICOLCOL,<br>Respondent. | Case No. 2:25-cv-11249-AB-DFM<br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

Date: October 21, 2026

ANDRÉ BIROTTE JR.
United States District Judge